IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SUSAN PENELOPE ADAMS, an Individual , )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PACIFIC IWORKS, LLC, a Hawaii Limited Liability Company; DOES 1-10, inclusive , )<br>)<br>Defendants. )<br>_____ ) | CV 20-00341 DKW-RT<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on February 01, 2021 and served on all parties on February 02, 2021, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant Plaintiff's Motion and Supplemental Motion for

Default Judgment Against Pacific iWorks, LLC", ECF No. 20, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*Susan Penelope Adams v. Pacific iWorks LLC, et al.*
Civil No. 20-00341 DKW-RT; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**