AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| SUSAN PENELOPE ADAMS, an individual<br><br>Plaintiff,<br><br>V.<br><br>PACIFIC IWORKS, LLC, a Hawaii Limited Liability Company; DOES 1-10, inclusive<br><br>Defendant. | **DEFAULT JUDGMENT IN A CIVIL CASE**<br><br>Case: CV 20-00341 DKW-RT<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>February 22, 2021<br><br>At 10 o'clock and 06 min a.m.<br>MICHELLE RYNNE, CLERK |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that default judgment is entered against Defendant Pacific iWorks, LLC, pursuant to the "Findings and Recommendation to Grant Plaintiff's Motion and Supplemental Motion for Default Judgment Against Pacific iWorks, LLC", ECF No. 20, filed on February 1, 2021 and the "Order Adopting Magistrate Judge's Findings and Recommendation", ECF No. 22, filed February 22, 2021.  It is ordered that the Plaintiff is awarded $9,000.00 in statutory damages and $4,200.00 in reasonable attorneys' fees. The Plaintiff is entitled to a permanent injunction enjoining Defendant and all persons acting in concert or participation with them, from directly or indirectly infringing in any manner, or causing, contributing to, enabling facilitating, or participating in the infringement of Plaintiff's copyright in the Photograph.

| | |
|---|---|
| February 22, 2021 | MICHELLE RYNNE |
| Date | Clerk |
| | /s/ Michelle Rynne by ET |
| | (By) Deputy Clerk |